1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

UNITED STATES OF AMERICA,

9

Plaintiff,

Case No. MJ21-480

10

v.

**DETENTION ORDER**

11

MICHAEL ANGEL HURTADO,

12

Defendant.

13

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f),

14

and based upon the factual findings and statement of reasons for detention hereafter set forth,

15

finds that no condition or combination of conditions which the defendant can meet will

16

reasonably assure the appearance of the defendant as required and the safety of any other person

17

and the community.

18

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

19

(1)     Defendant has been charged by complaint with possession of controlled

20

substances with intent to distribute.  Defendant has criminal history but no felony offenses.  The

21

Court received no information about defendant's personal history, residence, family or

22

community ties, employment history, financial status, health, and substance use.  The defendant

23

DETENTION ORDER - 1

1   through his attorney made no argument as to release but instead requested permission to reopen

2   detention at a later date and stipulated to detention.

3         It is therefore **ORDERED**:

4         (1)     Defendant shall be detained pending trial and committed to the custody of the

5   Attorney General for confinement in a correctional facility separate, to the extent practicable,

6   from persons awaiting or serving sentences, or being held in custody pending appeal;

7         (2)     As there was limited information provided to the court, the defendant is granted

8   leave to file a motion to reopen.

9         (3)     Defendant shall be afforded reasonable opportunity for private consultation with

10   counsel;

11         (4)     On order of a court of the United States or on request of an attorney for the

12   Government, the person in charge of the correctional facility in which Defendant is confined

13   shall deliver the defendant to a United States Marshal for the purpose of an appearance in

14   connection with a court proceeding; and

15         (5)     The Clerk shall direct copies of this order to counsel for the United States, to

16   counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services

17   Officer.

18         DATED this 15th day of September, 2021.

19

20   _____
      PAULA L. MCCANDLIS
      United States Magistrate Judge

21

22

23

DETENTION ORDER - 2